United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 30, 2003**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

---

m 03-50176
Summary Calendar

---

CYNTHIA R. WILLIAMS,

Plaintiff-Appellant,

VERSUS

MIR, MITCHELL AND COMPANY,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Western District of Texas
m SA-01-CV-1097

---

Before HIGGINBOTHAM, SMITH, and
    CLEMENT, Circuit Judges.

PER CURIAM:[*]

Cynthia Williams appeals, *pro se*, a summary judgment denying her claim of retaliation under title VII. Her brief on appeal fails to set forth the facts and legal arguments, as the rules

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited (continued...)

(...continued)
circumstances set forth in 5TH CIR. R. 47.5.4.

require. Nonetheless, we treat this as a properly briefed case, and we affirm, essentially for the reasons given by the magistrate judge in his Memorandum and Recommendation filed January 10, 2003, which was accepted and approved by the district court in entering summary judgment. The magistrate judge correctly opined that there was no showing of pretext in Williams's termination, which was for good cause.

The motion to dismiss the appeal is DENIED. The summary judgment is AFFIRMED.